# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
THE RESIDENCE LOCATED AT 23 COBURN STREET, ) Case No. 22-mj-22-01-AJ
SALEM, NH, A BLACK, HONDA ACCORD [NH V61876], )
AND THE PERSON OF KYLE MORRIS OF SALEM, NH )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ___New Hampshire___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    February 21, 2022    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Andrea K. Johnstone, U.S. Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   **2:06 PM, Feb 7, 2022**         _Andrea K. Johnstone_
                                                                                *Judge's signature*

City and state:   Concord, New Hampshire         Andrea K. Johnstone, U.S. Magistrate Judge
                                                                        *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 22-mj-22-01-AJ | Date and time warrant executed: 2/16/22 0600 | Copy of warrant and inventory left with: Kyle Morris |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

See Attached Property form

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/18/2022

*Executing officer's signature*

Wesley Garland Special Agent
*Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID:   266N-BS-3304613

On (date)  2/16/2022              item(s) listed below were:
☒ **Collected/Seized**
☐ Received From
☐ Returned To
☐ Released To

(Name)

(Street Address)   23 Coburn Street Salem, New Hampshire

(City)   SALEM, NH

**Description of Item(s):**

black Uzi Riffle .22mm, serial # W1002187

black empty .22mm magazine

black Mac 10A1, 45ACP, serial # S5062157

black magazine 45ACP

silver, white handled Merwin Hulbert & Co revolver, serial # 4954

silver revolve with black handle, serial # 9511

black US Revolver Company revolver, serial # 17583

Robin Hood No. 2, silver revolver with brown handle, serial #8823

Remmington 870 12 gauge shot gun

air soft gun - NOT COLLECTED

Stevens model 320 20 gauge shot gun serial # 154891M

Antique muzzel loader Gun - NOT COLLECTED

iphone 11 A2111, IMEI 356855113590597

Acer Laptop serial # NXGRMAANXGRMAA009913005A94S00

Acer Laptop, serial # NHQ3FAA00183008A6E3400

Black Springfield Armory Hellcat, 9mm handgun, serial # AT248240

black cross breed holster IDB and loaded 9mm silver magazine

Atlantic Arms Mfg Model AAM-PK47 7.62mm, serial # AA7-000742

black unloaded drum magazine

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

| |
|---|
| black P.W. Arms, 7.62mm handgun, serial # F202144 |
| unloaded black magazine |
| air soft gun - NOT COLLECTED |
| Arsenal Model SLR 104FR, cal 5.45, serial # 0586 |
| unloaded brown magazine |
| Zastava Arms model ZPAPM70, 7.62 cal, serial # Z70-067810 |
| black unloaded magazine |
| Fedarm Model FK-47, serial # CA00031 |
| unloaded black magazine |
| Norinco Poly USA, Model SKS 7.62mm serial # 518007309 |
| ATI 7.62mm bolt action riffle, serial # R6675 |
| Coonan, Inc, Model CI-LAR-3, .308 cal riffle, serial # 401026 |
| black unloaded magazine |
| Unknown Manufacturer, KAR Model 98, bolt action riffle, serial # 21822 |
| Unknown Manufacturer, bolt action riffle, serial # 93457 |
| M4, Cal 5.56mm, serial # W1020308, Palmetto State Armory |
| unloaded tan magazine |
| M16-A2 5.56mm, serial # 811934 Palmetto State Armory |
| grey unloaded magazine |
| Model BRN-16A1, Cal 5.56mm, Serial # BRN 7929, Brownells Inc |
| small metallic unloaded magazine |
| US Carbine, .30mm, riffle, serial #7160060 |
| black unloaded magazine |
| M1, .30mm, Springfield Armory, serial # 2725060 |
| small magazine |
| samsung cell phone IMEI 355611111611542 |
| glass drug paraphernalia |
| green leafy substance in glass jar |
| M4, serial # 1776-107108, Sons of Liberty Gun Works, calibur - multi |

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

| |
|---|
| unloaded tan magazine |
| 131 Neck Gator |
| suspected energenic material |
| blue packaging of suspected energenic material |
| holder for mini SD - NOT COLLECTED |
| digital kitchen scale model # EK9180WM |
| purchase order for gun parts sold to Kyle Morris |
| folder with assorted firearms purchase receipts |
| tax and veterans affairs documents for Kyle A. Morris |
| packing slip for russian tula bakelite AK74 Magazine - 5.45x39mm addressed to Anna Maria Holodowska |
| Assortment of Book |

Received By: _____(signature)_____     Received From: _____(signature)_____

Printed Name/Title: Wesley Garland/Special Agent     Printed Name/Title: Kyle Morris